# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED FEBRUARY 7, 2019

---

### NO. 03-18-00539-CV

---

**S. N., Sr., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND KELLY**
**AFFIRMED IN PART; VACATED IN PART—OPINION BY CHIEF JUSTICE ROSE**

---

This is an appeal from the protective order signed by the district court on May 17, 2018, and the conservatorship order signed by the court on July 24, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's orders. Therefore, the Court affirms the conservatorship order and vacates the protective order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.